**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN MEDOZA SOLIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02156-TLP-atc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING PETITIONER TO REPLY AND DENYING PETITIONER'S
MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

Petitioner Juan Medoza Solis, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1.) The Court then ordered Respondent to respond and show cause by March 5, 2026. (ECF No. 6.) And Respondent timely responded. (ECF No. 8.) The Court also ordered Petitioner to reply by March 12, 2026. (ECF No. 6.) But he never did. Instead, Petitioner moved for summary judgment a week later. (ECF No. 11.) The Motion is a single paragraph. It reads in relevant part:

> In support of this request, Petitioner relies upon the record in this case. . . . DHS has responded to the original Petition. There is no dispute as to material facts in this case and based on the pleadings the Petitioner is entitled to a summary judgment. This request is made based upon the legal arguments provided by both parties.

(*Id.*) But that is not enough to entitle Petitioner to summary judgment.

Not only has he failed to comply with this Court's March 5, 2026, Order, but he has not addressed all the legal arguments presented in Respondent's Response. The Court therefore

1

**DENIES** Plaintiff's Motion for Summary Judgment **WITHOUT PREJUDICE**.  The Court

further **ORDERS** Petitioner to reply to Respondent's Response in writing on or before close of

business on Friday, March 27, 2026.  Failure to comply with this Order may result in the Court

dismissing the Petition for failure to prosecute without further notice.  *See* Fed. R. Civ. P. 41(b).

   **SO ORDERED**, this 20th day of March, 2026.

                               s/ Thomas L. Parker
                               THOMAS L. PARKER
                               UNITED STATES DISTRICT JUDGE