**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN MENDOZA SOLIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02156-TLP-atc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION**

Petitioner Juan Mendoza Solis, a noncitizen detained in the West Tennessee Detention Facility, petitioned for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1.) Respondent responded (ECF No. 8), but Petitioner never replied. He instead moved for summary judgment. (ECF No. 11.) The Court denied the Motion and ordered Petitioner to reply to Respondent's response by March 27, 2026. (ECF No. 12.) Petitioner never replied.

On April 7, 2026, however, he moved to withdraw his Petition. (ECF No. 13.) Petitioner explains that the case is now moot because an immigration judge granted Petitioner voluntary departure and he "intends to comply with [that] order." (*Id.*) But he did not consult with Respondent before moving to withdraw, and Respondent has not responded to the Motion. *See* Fed. R. Civ. P. 41(a). Even still, given the facts described above, the Court finds that the matter is now moot. It therefore **GRANTS** Petitioner's Motion to Withdraw the Petition and **DISMISSES** the Petition **WITHOUT PREJUDICE**. *See Walther v. Fla. Tile, Inc.*, 776 F. App'x 310, 315 (6th Cir. 2019) (explaining that it is up to the district court's discretion to grant

1

or deny a voluntary dismissal "[a]fter service of an answer . . . and if no stipulation of dismissal is obtained").

      **SO ORDERED**, this 22nd day of April, 2026.

                       s/ Thomas L. Parker
                       THOMAS L. PARKER
                       UNITED STATES DISTRICT JUDGE